EDWARD O.C. ORD, ESQ.
California State Bar No. 52123
CHENG ZHANG
California State Bar No. 280338
ORD & NORMAN
233 Sansome Street, Suite 1111
San Francisco, CA  94104
Telephone:  (415) 274-3800
Facsimile:  (415) 274-3838

Attorney for
Plaintiff Rafael Melendez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAFAEL MELENDEZ,<br><br>                    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | Case No. 15-CV-03103-VC<br><br>[~~PROPOSED~~] ORDER |

Upon considering the unopposed motion by Melendez and good cause having been shown:

IT IS HEREBY ORDERED that the hearing on the Order to Show Cause is RESCHEDULED to ~~February 25, 2016~~ March 3, 2016, at 10:00 a.m.

Dated: January 11, 2015.

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE