UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MELENDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>USA,<br><br>　　　　　Defendant. | Case No. 15-cv-03103-VC<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING**<br><br>Re: Dkt. No. 43 |

　　　　The Court requests that the government file a supplemental brief addressing the following question:

　　　　Is it the government's position that the plaintiff has not exhausted his administrative remedies, and that therefore there is no jurisdiction over this case? If so, please explain.

　　　　The government's brief is due February 24, 2016. Any response by the plaintiff is due February 26, 2016.

　　　　**IT IS SO ORDERED.**

Dated: February 19, 2016

_____
VINCE CHHABRIA
United States District Judge